UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT BONDS, Jr., <br><br> Plaintiff, <br><br> v. <br><br> JOHN V. DIANA, et al., <br><br> Defendants. | No. 2:25-cv-01635-DAD-SCR <br><br><br> FINDINGS AND RECOMMENDATIONS |

Plaintiff is proceeding pro se in this action, which is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On June 13, 2025, Plaintiff filed a complaint and a motion to proceed in forma pauperis ("IFP").  ECF Nos. 1 and 2.  On July 2, 2025, this Court screened the complaint per the screening process required by 28 U.S.C. § 1915(e)(2) and found the complaint was deficient in that it failed to plead a basis for federal jurisdiction, did not comply with Rule 8, and failed to state a claim.  ECF No. 3.  The Court's order provided in relevant part that Plaintiff shall have 30 days to file an amended complaint that addresses the defects set forth in the order.  ECF No. 3 at 6.  The Order warned that failure to comply may result in a recommendation that the action be dismissed.  *Id.*  More than 30 days have passed, and Plaintiff has not filed an amended complaint.

Accordingly, IT IS RECOMMENDED that the action be dismissed without prejudice for:

1. Failure to establish a basis for federal jurisdiction, failure to comply with Rule 8, and

1

1    failure to state a claim, as explained in the Court's screening order (ECF No. 3); and

2    2.  Failure to comply with a court order. *See* Fed. R. Civ. P. 41(b); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judges Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 13, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2