UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT BONDS, JR.,

Plaintiff,

v.

JOHN V. DIANA, et al.,

Defendants.

No. 2:25-cv-01635-DAD-SCR

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITH PREJUDICE

(Doc. No. 8)

Plaintiff initiated this civil action by filing a complaint on June 13, 2025, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On January 12, 2026, the assigned magistrate judge screened plaintiff's first amended complaint and determined it to be deficient due to this court's lack of jurisdiction over this case in which plaintiff is attempting to improperly remove a state probate matter to federal court. (Doc. No. 8 at 2–3.) The magistrate judge also found that in light of this court's lack of jurisdiction and plaintiff's failure to state a cognizable claim, the complaint could not be cured by amendment and that further leave to amend should therefore be denied as futile. (*Id.* at 3.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.*) Plaintiff has not

/////

filed any objections or otherwise communicated with the court, and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued January 12, 2026 (Doc. No. 8), are adopted in full;
2. Plaintiff's first amended complaint (Doc. No. 7) is dismissed without leave to amend for lack of jurisdiction and failure to state a claim; and
3. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated: **October 15, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE